PER CURIAM.
AFFIRMED. See Harvey v. State, 786 So.2d 595 (Fla. 1st DCA), reh’g denied and certifying questions in, 786 So.2d 28 (Fla. 1st DCA), review granted, 797 So.2d 585 (Fla.2001); Maddox v. State, 760 So.2d 89 (Fla.2000). See also Headley v. State, 770 So.2d 1244 (Fla. 1st DCA 2000)(holding that the Criminal Punishment Code is not facially unconstitutional); Hall v. State, 773 So.2d 99 (Fla. 1st DCA 2000) (same); Hayes v. State, 780 So.2d 918 (Fla. 1st DCA 2001) (same); Cramer v. State, 776 So.2d 1125 (Fla. 1st DCA 2001) (same).
BARFIELD, VAN NORTWICK and POLSTON, JJ., concur.